# Court of Appeals
# of the State of Georgia

ATLANTA,_March 12, 2020_____

*The Court of Appeals hereby passes the following order:*

**A20E0035. DAVIYOHN FULTON v. WILPRO ENTERPRISES, INC., D/B/A
SERVPRO OF DOUGLASVILLE, ZDW-22, INC. D/B/A SERVPRO OF
CONYERS/COVINGTON AND JAMES D. WALLS, INDIVIDUALLY.**

Upon consideration of the APPELLANT'S Motion for Extension of Time to
File Discretionary Application in the above styled case, it is ordered that the motion
is hereby GRANTED, which will extend the due date until April 13, 2020.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_03/12/2020_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*